UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERYL WULTZ, et al., <br><br> Respondents, <br><br> v. <br><br> THE STATE OF ISRAEL, <br><br> Petitioner. | ) <br> ) <br> ) <br> ) <br> ) No. 13-mc-1282 (RBW) <br> ) <br> ) <br> ) <br> ) |

## MOTION OF RESPONDENTS TO RESCHEDULE HEARING

FOR THE REASONS set forth below, Respondents Sheryl Wultz, Yekutiel Wultz, Amanda Wultz, and A.L.W. respectfully request that the Motion Hearing on the Motion to Quash filed by Petitioner, the State of Israel, that is currently scheduled for 9:00 a.m. on January 15, 2014, be rescheduled to 9:00 a.m. on January 21, 2014; 2:00 p.m. on January 21, 2014; 9:00 a.m. on January 22, 2014; or 9:00 a.m. on January 23, 2014.

On November 15, 2013, the State of Israel filed a Motion to Quash a non-party subpoena issued from this Court in the case of *Wultz v. Bank of China, Ltd.* (No. 11-Civ-01266) (S.D.N.Y.), currently pending before the Honorable Shira A. Scheindlin in the United States District Court for the Southern District of New York.  By minute order dated November 26, 2013, the Court set a Motion Hearing on the State of Israel's Motion to Quash for 9:00 a.m. on January 15, 2014.

Respondents' counsel have travel and scheduling conflicts on and around the date set for the Motion Hearing.  Respondents therefore respectfully request that the Motion Hearing on the State of Israel's Motion to Quash be rescheduled.  In compliance with Rule 8 of the Court's General Order and Guidelines for Civil Cases (ECF), Respondents respectfully propose the

following four alternative dates and times for the Motion Hearing: 9:00 a.m. on January 21, 2014; 2:00 p.m. on January 21, 2014; 9:00 a.m. on January 22, 2014; or 9:00 a.m. on January 23, 2014. A proposed order rescheduling the Motion Hearing is being filed as an attachment to this Motion.

Respondents have conferred with counsel for Petitioner and Intervenors regarding this request, and Petitioner and Intervenors have consented to this request.

Respondents appreciate the Court's consideration of this request.

Dated: December 3, 2013                    Respectfully submitted,

  /s/ Lee S. Wolosky\_\_\_\_
Lee S. Wolosky (Bar No. NY0106)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
lwolosky@bsfllp.com

  /s/ Hamish P.M. Hume\_\_
Hamish P.M. Hume (Bar No. 449914)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com

*Attorneys for Respondents*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 3, 2013, I caused a copy of the foregoing to be served on all parties through the Court's ECF system.

               /s/ Lee S. Wolosky
               Lee S. Wolosky (Bar No. NY0106)