# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHERYL WULTZ, et al.

      Plaintiffs,

v.                                            Civ. No. 08-01460 (RCL)

THE ISLAMIC REPUBLIC OF IRAN, et al.

      Defendants.

## DECLARATION OF SHLOMO MATALON

I, Shlomo Matalon, of Ramat Gan, Israel, declare pursuant to 28 U.S.C. §1746, as follows:

    1. Between 1988 and 2007 I was employed by the Prime Minister's Office of the State of Israel. In the course and as part of my employment by the Prime Minister's Office, I was responsible for the drafting and preparation of reports on the basis of information received from various sources. I retired from service in the Prime Minister's Office in 2007 with the rank of Department Head.

    2. I continued to provide assistance to the Prime Minister's Office in respect to matters I dealt with in my former position.

    3. In the context of this assistance I was requested to examine documents in the possession of the State of Israel relating to funds transfers carried out by the terrorist organizations Palestine Islamic Jihad ("PIJ") and Hamas, via the Bank of China ("BOC"). Except

1

where explicitly stated otherwise, my testimony herein is based upon my examination of those documents.

4. Between July 2003 (and possibly earlier) and early 2008 (and possibly later) the PIJ and Hamas leadership in Iran, Syria and other locations in the Middle East transferred millions of dollars to PIJ and Hamas terrorist operatives in the Gaza Strip and the West Bank via the BOC ("Funds Transfers).

5. The Funds Transfers were sent by the PIJ and Hamas leadership in Iran, Syria and other Middle Eastern locales to account number 4750401-0188-150882-6 and account number 4762307-0188-034456-6 at a branch of the BOC in Guanzhou, China, in the name of S.Z.R Alshurafa ("Guanzhou Accounts"). The Funds Transfers were made in U.S. dollars.

6. The Guanzhou Accounts are controlled by Said al-Shurafa ("Shurafa"), who served as an operative and agent of both the PIJ and Hamas. In accordance with the directives of the PIJ and Hamas leadership, Shurafa conveyed, in various ways, the amounts of the Funds Transfers received by him in the Guanzhou Accounts to PIJ and Hamas terrorist operatives in the West Bank and the Gaza Strip.

7. As an illustration: the Funds Transfers to the Guanzhou Accounts during 2003 – 2005 included, *inter alia*, the following transfers:

2

| Date of Transfer | Amount of Transfer |
|---|---|
| December 5, 2003 | $99,970 |
| January 9, 2004 | $99,960 |
| February 18, 2004 | $99,990 |
| March 15, 2004 | $99,970 |
| March 19, 2004 | $99,970 |
| April 15, 2004 | $100,000 |
| October 9, 2004 | $200,000 |
| October 24, 2004 | $199,965 |
| December 7, 2004 | $8,000 |
| December 8, 2004 | $8,000 |
| December 17, 2004 | $8,000 |
| January 28, 2005 | $100,000 |

8. I am also informed that in April 2005, officials from the Israeli Counter Terrorism Bureau met in China with their counterpart Chinese officials. The Israeli officials pointed out to the Chinese officials at that meeting that PIJ and Hamas were carrying out the Fund Transfers in order to increase their ability to execute terrorist attacks. The Israeli officials asked the Chinese officials to act in order to prevent BOC from making additional Funds Transfers.

9. Despite the aforementioned information and requests BOC continued to carry out additional Funds Transfers for the PIJ and Hamas between April 2005 and early 2008 (and possibly later).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 16, 2009

Shlomo Matalon

3