UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ESTATE OF YARON UNGAR, et al.

        Plaintiffs – Judgment Creditors,

v.                                          Case No. 1:04mc90 (EGS)

PALESTINIAN AUTHORITY, et al.,

        Defendants – Judgment Debtors,

- and -

THE LEAGUE OF ARAB STATES,

        Garnishee.

## DECLARATION OF SHLOMO MATALON

I, Shlomo Matalon, of Ramat Gan, Israel, declare pursuant to 28 U.S.C. §1746, as follows:

    1.    Between 1988 and 2007 I was employed in the Prime Minister's Office of the State of Israel.

    2.    In the course and as part of my employment in the Prime Minister's Office, I was responsible for and engaged in the collection of data and information, conducting analyses, and the drafting and preparation of reports on the basis of information received from various sources.

    3.    I retired from service in the Prime Minister's Office in 2007 with the rank of Department Head.

    4.    During the last three years of my service in the Prime Minister's Office (2004-2007), I was engaged in monitoring and preventing the transfer of funds to terrorist organizations. Since my retirement, I continue to provide assistance to the Prime Minister's Office in respect to this issue.

1

5. In the context of the aforementioned assistance, I was requested to examine documents relating to Hamas' attempt to smuggle funds into the Gaza Strip on December 14, 2006, and the subsequent deposit of those funds with the League of Arab States ("LAS"). My testimony herein is based upon my examination of those documents.[1]

6. On December 14, 2006, Israeli security and counterterrorism officials learned that several Hamas leaders had arrived at the Rafah crossing at the Gaza Strip carrying over $32 million in cash funds belonging to Hamas, which they sought to bring into the Gaza Strip.

7. This cash was donated to Hamas by agents of Iran and other entities which support Hamas' extremist policies and terrorist activities.

8. In response, the State of Israel took various steps which prevented the Hamas officials from bringing this money into Gaza. The State of Israel views any transfer of funds to the Hamas as a threat to its national and public security.

9. After being prevented from bringing this Hamas money into the Gaza Strip, the Hamas leaders delivered the money to the LAS on December 15, 2006.

10. The documents that I have examined indicate that on December 17, 2006, this Hamas money, in the amount of $32,499,000, was deposited into one of the LAS' own bank accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 19, 2007

_____
Shlomo Matalon

---

[1] All the documents examined by me are in the possession of the State of Israel, are designated as classified under Israeli law, are not available to the public, and are not subject to discovery by legal process.