UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0246

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

July 2, 2013

Mr. Gil Avriel
Legal Advisor
National Security Council
3 Kaplan Street
Government Campus
Jerusalem 91919
Israel

Dear Mr. Avriel:

      I am a United States District Judge in the Southern District of New York. This letter concerns an ongoing lawsuit in my court, *Wultz v. Bank of China, Ltd.* The case arose out of a 2006 suicide bombing in Tel Aviv that resulted in the death of Daniel Wultz and the injury of his father, Yekutiel Wultz.

      I write to arrange a telephone meeting with you. The attorneys in this case seek to depose Mr. Uzi Shaya, a former member of the Counterterrorism Staff of Israel's National Security Council. The bank's attorneys are concerned that Mr. Shaya might be prohibited by the Israeli government from participating in the deposition. In order to save the attorneys from an unnecessary trip to Israel, I would like to ask you a few questions about Mr. Shaya's ability to participate in a deposition.

      I have included, as background, correspondence between the attorneys in this case and Mr. Gal Levertov of Israel's Ministry of Justice, Mr. Udi Levy of the National Security Council, and your office.

      Please contact my deputy clerk, Marni Blank, to arrange a meeting at your earliest convenience. Her email address is Marni_Blank@nysd.uscourts.gov, and her phone number in the United States is (212) 805-0246.

      Thank you for your assistance in this request.

Sincerely,

Hon. Shira A. Scheindlin
United States District Judge

Enclosures

cc:   Mitchell R. Berger, Counsel for Bank of China, Ltd. (by email)
      Lee Wolosky, Counsel for Plaintiffs (by email)